CLERK,
ABEL ACOSTA.

IN RE: OBJECTION TO DISMISS HABEAS CORPUS AND DENIED WRIT OF MANDAMUS CAUSE NUMBERS TR. CT. A-31,689-D, WR-29,735-09 WR-29,735-08, RECEIVED CARDS DATED OCT. 22nd 2015.

PLEASE FILE AND PRESENT BEFORE THE COURTS SIR. THANK YOU.

EXHIBITS LISTED ARE

1) EXHIBIT A RADIOLOGY REPORT.
2) EXHIBIT B VERIFICATION.
3) EXHIBIT C INMATES DECLARATION.

SIGNED THIS 26TH DAY OF OCTOBER 2015. BY PROSE

Tony Ray Jones #B12115
Michael unit
P.O. Box 4500
Tennessee Colony Texas
75886.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk



## Correctional Managed Care
## RADIOLOGY REPORT

**Date Transcribed:** 03/28/2013 08:45

**Patient Name:** JONES, TONY R   **TDCJ#:** 1312115   **Date:** 03/28/2013 08:45      **Age:** 49 year   **Race:** W   **Sex:** male

**Patient's Facility:** MICHAEL (MI)

# Department of Radiology
The University of Texas Medical Branch Hospitals
Galveston, TX 77555
Phone: (409) 747-7000
Fax: (409) 747-2850
PATIENT: Jones, Tony
DATE OF BIRTH:
DATE OF EXAM: 3/25/2013 9:46:00 AM
PATIENT #: 1312115
EXAM ID #: 6429482
REFERRING PHYSICIAN:
GARY D. WRIGHT
MICHAEL UNIT
TENNESSEE COLONY, TX 75886
OFFICIAL COPY
WRIST, MINIMUM OF 3 VIEWS-RIGHT SIDE
HISTORY: ORIF 01/24/2011, LOOSE HARDWARE PAST 3 MOS
COMPARISON: None.
FINDINGS:
An old fifth metacarpal fracture is noted. A cortical plate and multiple
anchoring screws affix the distal radius in satisfactory alignment without
evidence of hardware complications.
No acute fracture or dislocation is identified. Mild soft tissue swelling
of the wrist is noted.
PAVIT BAINS, MD
Personally interpreted by:
FERNANDO CESANI, MD /signed by/ FERNANDO CESANI, MD
Department of Radiology
The University of Texas Medical Branch
Last edited on: 3/27/2013 3:45:00 PM
Finalized on: 3/27/2013 3:45:00 PM

Electronically Signed by GASTIAN, SUZANNE on 03/28/2013.
Electronically Signed by WRIGHT, GARY G. D.O. on 04/08/2013.
##And No Others##

**JONES, TONY 380**

**WHEREFORE, APPLICANT PRAYS THAT THE COURT GRANT APPLICANT RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.**

**VERIFICATION**

This application must be verified or it will be dismissed for non-compliance. For verification purposes, an applicant is a person filing the application on his or her own behalf. A petitioner is a person filing the application on behalf of an applicant, for example, an applicant's attorney. An inmate is a person who is in custody.

The inmate applicant must sign either the "Oath Before a Notary Public" before a notary public or the "Inmate's Declaration" without a notary public. If the inmate is represented by a licensed attorney, the attorney may sign the "Oath Before a Notary Public" as petitioner and then complete "Petitioner's Information." A non-inmate applicant must sign the "Oath Before a Notary Public" before a notary public unless he is represented by a licensed attorney, in which case the attorney may sign the verification as petitioner.

A non-inmate non-attorney petitioner must sign the "Oath Before a Notary Public" before a notary public and must also complete "Petitioner's Information." An inmate petitioner must sign either the "Oath Before a Notary Public" before a notary public or the "Inmate's Declaration" without a notary public and must also complete the appropriate "Petitioner's Information."

**OATH BEFORE A NOTARY PUBLIC**

STATE OF TEXAS

COUNTY OF _____

_____, being duly sworn, under oath says: "I am the applicant / petitioner (circle one) in this action and know the contents of the above application for a writ of habeas corpus and, according to my belief, the facts stated in the application are true."

_Tony Ray Jones_ 8/6TH/2015
Signature of Applicant / Petitioner (circle one)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20____.

_____
Signature of Notary Public

16

Rev. 01/14/14

**PETITIONER'S INFORMATION**

Petitioner's printed name: _____

State bar number, if applicable: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____

**INMATE'S DECLARATION**

I, _TONY RAY JONES_ , am the applicant / petitioner (circle one) and

being presently incarcerated in _MARK W. MICHAEL UNIT_ , declare under penalty of

perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _6TH DAY OF AUGUST_ 20 _2015_

_Tony Ray Jones_ # 1312115

Signature of (Applicant) / Petitioner (circle one)

17

Rev. 01/14/14

TONY RAY JONES
VS.
THE STATE OF TEXAS

CAUSE NO:
TR.CT. A-31-689-D
WR-29-735-08
WR-29-735-09

OBJECTION TO DISMISSED HABEAS CORPUS WITHOUT
WRITTEN ORDER AND DENIED APPLICATION FOR WRIT OF
MANDAMUS.

HONORABLE COURTS NOW COMES PROSE APPLICANT/
RELATOR IN ABOVE TITLED AND STYLED MOTION
AND SHOWS THE following:

I.

APPLICANT PROSE IN TR.CT. A-31,689-D AND WR-29-735-08
AND WR-29-735-09 IS BEING GIVEN UNDUE BURDEN
AND FORCED TO JUMP THROUGH HOOPS AND LEAP OVER
HARDSHIP HURDLES TO SEEK DUE PROCESS AND
LIBERTY FROM HIS HABEAS CORPUS WRONGFULL CON-
VICTION. HE WAS FIRST TOLD HE HAD A (10) day
RESPONSE TIME AS TO WHY HE DID NOT HAVE A
HABEAS CORPUS IN (CCA) AND HAD TO FILE ANOTHER
WRIT OF WHICH (CCA) HAS BEFORE ITS COURTS NOW.

APPLICANT NOW IS BEING TOLD HE FAILED TO "SIGN A VARICATION" AND Added AN EXCEEDED TWO PAGES Allowed BY HABEAS CORPUS forms.

THE COVER PAGE OF (CCA) forms TITLED "INSTRUCTIONS" PARAGRAPH #8 READS; "YOU MUST VERIFY THE APPLICATION BY Signing EITHER THE OATH BEFORE NOTARY PUBLIC OR "THE INMATE'S DECLARATION".

"APPLICANT SIGNED THE INMATE DECLARATION". PAGE #16 OF THE FORM APPLICANT SENT IS TITLED "VARICATION" AND STATES ON SECOND PARAGRAPH, "THE INMATE APPLICANT MUST SIGN "EITHER" THE "OATH BEFORE NOTARY PUBLIC" BEFORE A NOTARY PUBLIC "OR" THE "INMATE DECLARATION WITHOUT THE NOTARY PUBLIC". APPLICANT SIGNED THE "INMATE DECLARATION ON PAGE # 17 TITLED "INMATE DECLARATION" PAGE # 17 OF THE 11.07 HABEAS CORPUS forms HE filled out. THE forms APPLICANT SENT TO (CCA) HAS A TOTAL OF 18 PAGES; PAGE 16, VERIFICATION EXHIBIT "B" PAGE 17, INMATES DECLARATION — EXHIBIT "C"

2

APPLICANT IS NOT A LICENSED ATTORNEY NOR HELD TO THE STRINGENT STANDARDS AS A LICENSED ATTORNEY See, 404 at 520, 92 S.Ct. at 596, 30 L.Ed.2d at 654 See Also, CAMPBELL V. BETO SUPRA, DEMPS V. WAINWRIGHT, 5TH CIR. 1975, 522 F.2d 192, GAMBLE V. ESTELLE 5TH CIR. 1975, 516 F.2d 937.

APPLICANT IS TRYING TO SEEK BOTH DUE PROCESS AND HIS LIBERTY DUE TO A WRONGFULL CONVICTION AND IS BEING TREATED DIFERENTLY SIMPLY BECAUSE HE IS INDIGENT AND CANT AFFORD PAID COUNSEL AND FILES PROSE. See, WOLFF V. MCDONNELL, 481 U.S. 539 (1974) SUPREME COURT Ruling. APPLICANT HAS A LIBERTY INTEREST ISSUE EVEN A HIGHER STAND-ARD HE MEETS IN HIS CASE See, SANDIN V. CONNER, 515 U.S. 472 (1995).

## II.

APPLICANT ONLY Added "ONE EXTRA Page" "IN GROUND THREE, BRADY V. MARYLAND VIOLATIONS" Along with VIOLATIONS OF SENATE BILLS 1611, 825, MODEL RULE 3.8 AND NEGLENT OF DUTY OF COURT OFFICERS VERNONS ANN. C.C.P. 2.03.

IT SEEM QUITE ODD APPLICANTS 11.07 is BEING Dismissed AND HIS WRIT OF MANDAMUS DENIED SIMPLY BECAUSE OF "ONE EXTRA Page". NO LESS, A, BRADY VIOLATION GROUND ON MISCONDUCT OF A PROSECUTOR, A STATE BAR MEMBER AND ABUSE OF TRIAL COURT DISCRETION. THIS GIVES THE APPEARANCE

3

OF EVASION.

## III.

APPLICANT IS [70%] HANDICAP IN RIGHT HAND AND CRIPPLE TO THE POINT HE CANT HARDLY HOLD ONTO AN INK PEN - "THUS THE REASON FOR GROUND THREE "ONE EXTRA PAGE" BECAUSE APPLICANT CANT WRITE VERY WELL AND HIS HAND WRITTEN MOTIONS SHOW HIS EXTREMLY BAD PENMANSHIP DUE TO IMPLANTS AND ARTHRITIS IN HIS RIGHT HAND. SEE, EXHIBIT "A" RADIOLOGY REPORT; AND DR. STANLEY R. LEHMAN HAND-SPECIALIST OF LUBBOCK TEXAS. UMC HOSPITAL JANUARY 11th 2011 — JANUARY 24-2011 SERGURY. M.D. LEHMAN STANLEY R. 76-98-05 UNIVERSITY MEDICAL CENTER UMC# 5887984 PATIENT, TONY RAY JONES 7:20 AM SERGURY:

APPLICANT COULD NOT PLACE ALL OF GROUND THREE ON TWO PAGES WITH FULL EXPLANATION CITING 2.03 PARAGRAPHS (A) (b) DNA EVIDENCE, BRADY VIOLATIONS AND ONLY "ONE EXTRA PAGE" WAS USED IN ENTIRE 11.07 FORMS MOTION.

## IV

DUE PROCESS CLAIM; THE GOVERNMENT'S DEPRIVATION OF A PLAINTIFF'S LIBERTY OR PROPERTY INTEREST SIMPLY TO SHIELD GOVERNMENT OFFICIAL. See, CRAWFORD-EL, 523 US at 594 See ALSO, DUPREE V. SAUNDERS, 588 F.3d 282, 289 (5th CIR 2009).

4

JUDGE'S FATE IN PANEL'S HANDS.

JUSTICE, SHARON KELLER ACCUSED OF IMPROPERLY CLOSING COURT TO INMATE:

THE DEATH OF RICHARDS STARTED THE PUBLICS EYES TO OPEN ON ABUSE BY PILLARS OF OUR COMMUNITY "VIA" JORGE RANEEL'S STATE COMMISSION ON JUDICIAL CONDUCT AS PROSECUTOR, MIKE MC-KETTA MAKES ARGUMENT AGAINST JUDGE, SHARON KELLER.

PROSECUTOR & JUDICIAL MISCONDUCT / ABUSE AGAIN SURFACED IN THE MICHAEL MORTON CASE CAUSING SENATE BILL 1611, 825 AND MODEL RULE 3.8 TO BE CAUSE OF WRONGFULL CONVICTIONS AND LAWS PASSED TO PREVENT THEM.

JUDICIAL ABUSE KEPT HIDDEN BY FELLOW STATE BAR BROTHERS / SISTERS DOES NOT PREVENT ABUSE IT ONLY TRYS TO COVER IT UP TO PREVENT THE PUBLIC FROM BECOMING AWARE AND ACTIVEST TO PUSH FOR CONVICTIONS OF ABUSE. CRIMINAL CHARGES IS THE ONLY WAY TO STOP ABUSE BY STATE BAR MEMBERS.

OUR BILL OF RIGHTS IS AN EXPLICIT RECOGNITION OF OUR FOUNDING FATHERS "DISTRUST" OF CONGRESS. CONGRESS SHALL NOT ABRIDGE, SHALL NOT INFRINGE, SHALL NOT DENY, DISPARAGE, VIOLATE, SEE ALSO, UNITED STATES CONSTITUTION, SECTION 1 ART. 14 DUE PROCESS, EQUAL PROTECTION OF THE LAW TO ITS CITIZENS BORN IN THIS COUNTRY.

5

## PRAYER FOR RELIEF

HONORABLE COURTS PROSE APPLICANT/RELATOR OF 11.07 HABEAS CORPUS AND WRIT OF MANDAMUS NOW BEFORE THE COURTS APPLICANT PRAYS THEM BOTH BE GRANTED DUE TO CONTENT OF THIS OBJECTION SINCE YET ANOTHER 11.07 AND WRIT OF MANDAMUS WOULD ONLY PUT UNDUE BURDEN UPON APPLICANT AND COURTS AND LOSS OF EVIDENCE ALREADY SENT.

SIGNED THIS 26TH DAY OF OCTOBER, 2015

BY PROSE Tony Ray Jones #B12115
PO BOX 4500
Tennessee Colony,
Texas 75886

# CERTIFICATE OF SERVICE

This is TO CERTIFY THAT THE FOREGOING is TRUE And CORRECT TO THE BEST OF My KNOWLEDGE And AN ORIGINAL OF THIS FOREGOING WAS SENT TO CLERK, ABEL ACOSTA A.T. THE COURT OF CRIMINAL APPEALS OF TEXAS, P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS, 78711 BY THE UNITED STATES MAIL SYSTEM THIS 26TH DAY OF OCTOBER, 2015

By PROSE
Tory Ray Jones #1312115
PO BOX 4500
Tennessee Colony
TEXAS 75886.